POITINGER, APPELLANT, *v.* KIP'S, INC. ET AL.; CARMEL'S MEXICAN RESTAURANT, INC., APPELLEE.

[Cite as Poitinger *v.* Kip's, Inc. (1989), 46 Ohio St. 3d 195.]

(No. 88-1409—Submitted September 26, 1989—Decided November 15, 1989.)

*Anderson, Boyk & McCulley* and *Charles E. Boyk,* for appellant.

*Robert B. Dixon & Associates* and *Randall C. Dixon,* for appellee.

The cause is reversed and remanded on authority of *Gressman* v. *McClain* (1988), 40 Ohio St. 3d 359, 533 N.E. 2d 732, and *Mitseff* v. *Wheeler* (1988), 38 Ohio St. 3d 112, 526 N.E. 2d 798.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and CACIOPPO, JJ., concur.

MARY CACIOPPO, J., of the Ninth Appellate District, sitting for RESNICK, J.